**STATE of Missouri, Respondent,**

v.

**Lindell KIRKSEY, Appellant.**

**No. WD 58788.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 30, 2001.

Application for Transfer Denied
Dec. 18, 2001.

Peter Schloss, Liberty, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Stacy Anderson and Richard Starnes, Office of Attorney General, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, VICTOR C. HOWARD, Judge, and LISA WHITE HARDWICK, Judge.

**ORDER**

Lindell Kirksey appeals the circuit court's judgment convicting him of child molestation in the first degree. We affirm. Rule 30.25(b).